NUMBER 13-01-054-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


SAMUEL SALDIVAR GARCIA , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 105th District Court 

of Kleberg County, Texas.

___________________________________________________________________


O P I N I O N

Before Chief Justice Valdez and Justices Dorsey and Hinojosa

Opinion Per Curiam


Appellant, SAMUEL SALDIVAR GARCIA , perfected an appeal from a judgment entered by the 105th District Court of
Kleberg County, Texas, in cause number 00-CRF-514 . Appellant has filed a motion to dismiss the appeal. The motion
complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 24th day of January, 2002 .